1040

THE STATE OF WASHINGTON, *Respondent*, v. DAVID RANDALL PRIEST, *Appellant*.

*In the Matter of Personal Restraint of* DAVID RANDALL PRIEST, *Petitioner*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 13-1-00282-3, Christopher E. Culp, J., entered January 13, 2014, together with a petition for relief from personal restraint. Judgement *reversed* and petition *dismissed* by unpublished opinion per Fearing, C.J., concurred in by Korsmo and Lawrence-Berrey, JJ.

LORI A. SWEENEY ET AL., *Appellants*, v. ADAMS COUNTY PUBLIC HOSPITAL DISTRICT NO. 2 ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Adams County, No. 13-2-00126-1, Steven B. Dixon, J., entered April 25, 2014. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Korsmo, J., concurred in by Siddoway and Pennell, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. ERNEST GLASGOW BARELA, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 12-1-00556-2, Richard H. Bartheld, J., entered December 8, 2014. *Affirmed* by unpublished opinion per Lawrence-Berrey, A.C.J., concurred in by Korsmo and Pennell, JJ.